

**NORWALK MUNICIPAL COURT**
45 N. Linwood Ave
Norwalk, Ohio 44857
(419) 663-6750

Plaintiff(s)
Ybarra, Fernando

VS

Defendant
Mountain Summit Financial Inc

635 E Hwy 20 F
Upper Lake Ca 95485
    Defendant(s)

: Case: CVI 2100519
:
:
:
:
: SUMMONS
: SMALL CLAIMS
:
: Eric R. Weisenburger
: Judge
:

\* \* \* \* \* \* \* \* \* \* \*

To MOUNTAIN SUMMIT FINANCIAL INC

Please take notice that a Claim is hereby filed against the above Defendant(s) and request that he (they) be summoned to appear in Court to answer said Complaint.

Wherefore Plaintiff(s) prays judgment against Defendant in the sum of $ 6000.00 , plus interest from 04-16-2021 at the rate of 6.00 % and Costs.

The Court will hold trial on this claim in the Small Claims Division of the above named Court on 05-20-2021 at 09:30 AM to be held at: 45 N LINWOOD AVE, NORWALK, OH 44857

If you do not appear at the hearing/trial, judgment may be entered against you by default, and your earnings may be subject to garnishment or your property may be attached to satisfy said judgment. If your defense is supported by witnesses, account books, receipts, or other documents, you must produce them at that time. Subpoenas for witnesses, if requested by a party, will be issued by the Clerk.

If you admit the claim but desire time to pay, you may make such request at the hearing/trial.

Julie R. Good
Clerk of Court

Date: Apr 16, 2021

Clerk/Deputy Clerk

## SMALL CLAIM COMPLAINT

Fernando Ybarra
PO Bx 372
Milan, OH 44846
Phone No. 567-404-6219 Plaintiff

Vs.

Mountain Summit Financial, Inc.
635 E. Hwy 20, F
Upper Lake, CA 95485
Phone No. 855-819-6999 Defendant

FILED
NORWALK MUNICIPAL COURT
2021 APR 16 A 8:37

Norwalk Municipal Court
Norwalk, Huron Co., Ohio
Case No. CVI 2100519

TO THE CLERK:
Please take notice that a claim is hereby filed against the above defendant(s) and request that he (they) be summoned to appear in Court to answer same.

### STATEMENT OF CLAIM

☐ ACCOUNT – EXHIBIT A ATTACHED AND MADE A PART HEREOF

☐ WAGES _____

☒ OTHER _____

Wherefore, plaintiff prays judgment against defendant in the sum of $ 6000, plus interest from the 16th day of April, 2021, at the rate of 6 % and costs.

STATE OF OHIO )
COUNTY OF HURON ) ss.    **AFFIDAVIT OF COMPLAINANT'S CLAIM**

Fernando Ybarra, being first duly sworn, on oath states that, he represents the Plaintiff__ in the above entitled cause, that the said cause is for the payment of money that the nature of plaintiff's demand is as stated, and that there is due to plaintiff from the defendant the amount stated above; defendant(s) (is are) not now in the military or naval service of the United States.

Subscribed and sworn to before me this 16th day of April, 2021

_____
Clerk – Deputy Clerk – Notary Public

If you do not appear at the trial, judgment may be entered against you by default, and your earnings may be subjected to garnishment or your property may be attached to satisfy the judgment. If your defense is supported by witnesses, account books, receipts, or other documents, you must procure them at the trial. Subpoenas for witnesses, if requested by a party, will be issued by the clerk.
If you admit the claim but desire time to pay, you may make such a request at the trial. IF YOU BELIEVE YOU HAVE A CLAIM AGAINST THE PLAINTIFF, YOU MUST FILE A COUNTERCLAIM WITH THE COURT AND MUST SERVE THE PLAINTIFF AND ALL OTHER PARTIES WITH A COPY OF THE COUNTERCLAIM AT LEAST SEVEN DAYS PRIOR TO THE DATE OF THE TRIAL OF THE PLAINTIFF'S CLAIM.

COPIES NEEDED: Original for Court; one for EACH defendant and one for Plaintiff

Mountain Summit Financial Inc.
635 East Hwy 20, F
Upper Lake, CA 95485
PH: 855.819.6999

1. Plaintiff prays for judgement against the above defendant in the sum of $6000.00 including court cost.

On 03/27/2021 I received a letter of denial for credit of $5000.00. I did not apply for this credit and tried to obtain information on who was using my identity for this purpose. No cooperation with this request. This institution has caused me financial problems with my current banks and thus I am unable to obtain credit to further my business in the construction business. Their reckless actions and unwillingness to cooperate to correct this problem is absolutely irresponsible.

NORWALK MUNICIPAL COURT
45 NORTH LINWOOD AVE.
NORWALK, OHIO 44857

LK   CVI 2100519



9489 0090 0027 6194 9950 67

MOUNTAIN SUMMIT FINANCIAL INC
635 E HWY 20 F
UPPER LAKE CA 95485

95485-879335